UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                  **ORDER**

      -against-                                      22 CR 372

EBBIN CROFT,

                              Defendant.
------------------------------------------------------------X

**TO THE UNITED STATES MARSHALS SERVICE:**

       The above-named Defendant has been remanded to the custody of the U.S. Marshals following an appearance before this Court. During the proceeding, the Defendant requested that he not be placed in Essex County Jail or Westchester County Jail because he fears for his safety in those facilities.

       Thus, the Court directs the United States Marshals service to evaluate the Defendant's safety concerns prior to placement.

Dated: April 4, 2025
       White Plains, New York

                                                        **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge